Kenneth M. Gutsch, ABA 8811186
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
Email: kgutsch@richmondquinn.com
Attorneys for Defendant
Wal-Mart Stores, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| ELIZABETH ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WAL-MART STORES, INC., d/b/a | ) |
| SAM'S CLUB, MICHELIN and SCA | ) Case No. 4:12-cv-_____-___ |
| COMPAGNIE GENERALE DES | ) |
| ETABLISSMENTS MICHELIN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

TO:        The United States District Court
           For the District of Alaska

AND TO:    Kenneth P. Jacobus
           Kenneth P. Jacobus, P.C.
           310 K Street, Ste. 200
           Anchorage, AK 99501

You are hereby notified that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and

1446, the above defendant, Wal-Mart Stores, Inc., has this day filed in the United States

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2035
(907) 276-5727
FAX (907) 276-2953

District Court for the District of Alaska this Notice of Removal of the following action: Elizabeth Allen v. Wal-Mart Stores, Inc., et al., filed in the Superior Court for the State of Alaska, Fourth Judicial District at Anchorage, Case No. 4FA-12-976 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court for the Fourth Judicial District at Fairbanks, and that said action has thereby been removed from the Superior Court to the United States District Court. See Exhibit A ("Notice of Removal to United States District Court" w/o attachments).

All defendants have agreed to this removal. See, Exhibit B ("Notice of Consent to Removal")

The grounds for removal are as follows: Complete diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident and citizen of the State of Alaska (Ex. B, Complaint at ¶ 1). Defendant Wal-Mart is a Delaware corporation whose principal place of business is in Arkansas.

Defendant Michelin (d/b/a Michelin North America) is a New York corporation with its principal place of business in Greenville, South Carolina.

Suit was filed by plaintiff in Alaska Superior Court, Fourth Judicial District at Fairbanks, on or about January 17, 2012. Plaintiff's complaint alleges a claim for damages in excess of $100,000.

Summons was served on defendant on March 20, 2012. This removal is being filed within thirty (30) days after service of process.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Based on the above, this court has removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 18th day of April, 2012, at Anchorage, Alaska.

RICHMOND & QUINN

By:    /s/ Kenneth M. Gutsch, , ABA 8811186
       360 "K" Street, Suite 200
       Anchorage, Alaska 99501
       Telephone: (907) 276-5727
       Facsimile: (907) 276-2953
       Email:  kgutsch@richmondquinn.com
       Attorneys for Defendant

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that a true and correct copy
of the foregoing was served electronically/ by mail
this 18th day of April, 2012 on:

Kenneth P. Jacobus
kpjlaw@yahoo.com

/s/ Kenneth M. Gutsch
    RICHMOND & QUINN
2245\037\PLD\Removal from State Court

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NOTICE OF REMOVAL
ALLEN v. WAL-MART STORES, INC., et al., Case No. 4:12-cv-_____-___
Page 3