IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT FAIRBANKS

ELIZABETH ALLEN

        Plaintiff(s),

vs.

WAL-MART STORES, INC., d/b/a SAM's CLUB, MICHELIN and SCA COMPAGNIE GENERALE DES ETABLISSMENTS MICHELIN ;

        Defendant(s).

CASE NO. 4FA-12-976 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: **WAL-MART STORES, INC. d/b/a SAM'S CLUB**

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented) **Kenneth P. Jacobus, P.C.**, whose address is: **310 K St., Suite 200, Anchorage AK 99501-2064**

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm , to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge **Olsen**.

        1-18-2012
        Date

CLERK OF COURT

By _____
     Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 FBKS (10/05) (st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c) 55

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

ELIZABETH ALLEN,

    Plaintiff,

vs.

WAL-MART STORES, INC, d/b/a SAM'S CLUB, MICHELIN, and SCA COMPAGNIE GÉNÉRALE DES ÉTABLISSEMENTS MICHELIN

    Defendants.

Case No. 4FA-12-976 CI

## COMPLAINT

Elizabeth Allen, plaintiff, complains against Wal-Mart Stores, Inc., d/b/a Sam's Club (hereinafter "Sam's Club"), and Michelin and SCA Compagnie Générale des Établissements Michelin (hereinafter "Michelin"), as follows:

1. At the time of the incident which gave rise to this action, Elizabeth Allen was a resident of the Fourth Judicial District, State of Alaska. Sam's Club was a retail seller of B.F. Goodrich brand automobile tires in the State of Alaska. Michelin was the manufacturer and distributer of B.F. Goodrich brand tires, having acquired the tire business and use of the name from the Goodrich Corporation in 1988.

2. A set of four B.F. Goodrich P195/65R15 89H M+S tires was purchased new from Sam's Club in Fairbanks, Alaska, by Elizabeth Allen's former husband and installed on his 2000 Volkswagen Jetta at the time that he purchased it as a pre-owned vehicle in approximately 2006-2007. Mr. Allen purchased the vehicle from her former husband in 2009.

3. On January 19, 2010, Elizabeth Allen was inflating the B.F. Goodrich tire in question, and other tires on her car, in a normal manner, when the outer sidewall of the one tire suddenly ruptured in several locations.

4. As a proximately caused result of this tire explosion, Ms. Allen suffered serious and

permanent personal injuries, has incurred medical expenses, will incur future medical expenses, has lost income and will lose income in the future, has incurred and will incur expenses for her necessary care and assistance, and has incurred and will incur pain and suffering, has suffered permanent injury, has suffered impairment of her earning capacity, and has suffered loss of enjoyment of life and other general damages.

5. The tire in question was defectively designed such that it would fail and rupture under conditions of normal use.

6. The tire in question was defectively manufactured such that it would fail and rupture under conditions of normal use.

7. All defendants warrant to purchasers of their tires, both expressly and impliedly, that the tires were merchantable and safe for the uses intended. These warranties were breached by Michelin and Sam's Club.

8. Michelin and Sam's Club are each liable for the damages caused to Ms. Allen under both liability for defective products and breach of warranty theories.

WHEREFORE, Elizabeth Allen requests the following relief:

1. An award of damages in an amount in excess of $100,000.00, exclusive of costs, interest and attorney fees, against each and all defendants, in an amount to be proved at trial,

2. An award of pre-judgment interest from the date of the incident at the legal rate, costs, and reasonable attorney's fees, and

3. Such and further relief that this Court may deem just and proper.

DATED this 16th day of January, 2011.

KENNETH P. JACOBUS, P.C.
Attorney for Elizabeth Allen

By _____
Kenneth P. Jacobus
ABA #6911036

Complaint
Page 2





**KENNETH P. JACOBUS, P.C.**
310 K STREET, SUITE 200
ANCHORAGE, AK 99501-2064

To

WAL-MART STORES, INC. d/b/a
SAM'S CLUB
c/o CT CORPORATION SYSTEM
Registered Agent
9360 GLACIER HIGHWAY, STE. 202
JUNEAU AK 99801

FIRST CLASS



CERTIFIED MAIL

7008 2810 0002 1192 6957